■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC T. JONES, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (West, J.), rendered November 7, 1990, convicting him of criminal possession of a controlled substance in the fifth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we find that the verdict was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The defendant's claim that he received the ineffective assistance of counsel is without merit. The trial counsel provided meaningful representation, making proper pretrial motions, effectively cross-examining witnesses, delivering cogent opening and closing statements, and raising proper objections *(see, People v Satterfield,* 66 NY2d 796). The defendant's primary complaint was with respect to the trial counsel's unsuccessful trial tactics, which does not establish that he was ineffective *(People v Baldi,* 54 NY2d 137).

We have reviewed the defendant's remaining contentions, including those raised in his supplemental *pro se* brief, and find them to be without merit. Thompson, J. P., Rosenblatt, Miller and Ritter, JJ., concur.